**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6528**

———————

FRANK BLAKESLEE COX, III,

                              Plaintiff - Appellant,

      versus

DAVE ROBINSON, Warden; V. FITZGERALD, Nurse;
B. ARCHER, Nurse; W. WILSON, Sergeant;
LEVESTER THOMPSON, Head Doctor; LIEUTENANT
JOHNSON, Watch Commander; LINDA HAGAMAN, Chief
Secretary,

                              Defendants - Appellees,

      and

SERGEANT TAYLOR; NURSE CLAIRMOUNT,

                              Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-97-549-2)

———————

Submitted: June 15, 2000         Decided: June 26, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

Frank Blakeslee Cox, III, Appellant Pro Se.  Charles Manley Allen, Jr., Bryan Alan Fratkin, GOODMAN, WEST & FILETTI, Glen Allen, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frank Blakeslee Cox, III, appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Cox v. Robinson, No. CA-97-549-2 (E.D. Va. Oct. 21, 1998 & Mar. 16, 2000).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on March 15, 2000, the district court's records show that it was entered on the docket sheet on March 16, 2000.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).